CRANFILL et al. v. FIDELITY & DEPOSIT CO. OF MARYLAND.†

(Court of Civil Appeals of Texas. Austin. Jan. 3, 1912. Rehearing Denied Jan. 31, 1912.)

Appeal from District Court, McLennan County; Richard I. Munroe, Judge.

An action by the Fidelity & Deposit Company of Maryland against J. B. Cranfill and another. From a judgment for plaintiff, defendants appeal. Affirmed.

Allan D. Sanford and A. B. Flanary, for appellants. O. L. Stribling, for appellee.

JENKINS, J. This is a companion case to cause No. 4,922, J. B. Cranfill and G. W. Carroll v. Fidelity & Deposit Company of Maryland, 143 S. W. 233, this day decided by this court, and, for the reasons stated in the opinion in that case, the judgment herein is affirmed.

Affirmed.